UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE MYERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JARED LOZANO,<br><br>　　　　Defendant. | No. 2:19-cv-01141 JAM DB P<br><br><br>ORDER |

On March 13, 2021, plaintiff filed a motion to appoint counsel. (ECF No. 14.) This civil rights action was closed on May 6, 2020. (ECF No. 7.) Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded. No orders will issue in response to future filings.

Dated: August 16, 2021

　　　　　　　　　　　　　　　　　　/s/ Deborah Barnes
　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/myer1141.58

1